NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1124

BAKER HUGHES INCORPORATED and
BAKER PETROLITE CORPORATION,

Plaintiffs-Appellees,

v.

NALCO COMPANY,

Defendant-Appellant.

John H. Barr, Jr., Bracewell & Giuliani LLP, of Houston, Texas, argued for plaintiffs-appellees. With him on the brief were Warren W. Harris, Jeffrey L. Oldham and Christopher A. Shield. Of counsel on the brief was Bruce Wieder, Dow Lohnes PLLC, of Washington, DC.

Michael J. Abernathy, K&L Gates LLP, of Chicago, Illinois, argued for defendant-appellant. With him on the brief were Robert M. Barrett and Jason A. Engel.

Appealed from: United States District Court for the Southern District of Texas

Judge Kenneth M. Hoyt

.

# United States Court of Appeals for the Federal Circuit

2010-1124

BAKER HUGHES INCORPORATED and
BAKER PETROLITE CORPORATION,

Plaintiffs-Appellees,

v.

NALCO COMPANY,

Defendant-Appellant.

# Judgment

ON APPEAL from the    United States District Court for the Southern District of
Texas

In CASE NO(S).    09-CV-1885

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, GAJARSA, and PROST, Circuit Judges).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED  *May 7, 2010*          */s/ Jan Horbaly*_____
                 *Jan Horbaly, Clerk*